UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 05-0286 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| KARESHA BOYD, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KARESHA BOYD__ , Case No. __MAG 05-0286 DAD__ , Charge _____ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✓   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

   __   Unsecured Appearance Bond $ _____

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

   __   (Other) _____

Issued at __Sacramento, CA__ on __October 6, 2005__ at __2:21 pm__.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal