DANIEL J. BRODERICK, CA Bar #89424
Acting Federal Defender
TARA I. ALLEN, CA Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KARESHA L.M. BOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 05-286-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION AND ORDER FOR** |
| v. | ) | **TRANSPORTATION AND SUBSISTENCE** |
| | ) | **PURSUANT TO 18 U.S.C. § 4285** |
| KARESHA LANAL MINNIE BOYD, | ) | |
| | ) | |
| Defendant. | ) | Date: |
| | ) | Time: |
| _____ | ) | Judge: Hon. Dale A. Drozd |

**I. Introduction**

Defendant Karesha L.M. Boyd hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285. Ms. Boyd was released on her own recognizance and ordered to appear in the Western District of Louisiana located in Shreveport, Louisiana, on October 14, 2005. Ms. Boyd previously traveled from Sacramento, California as ordered, without assistance. However, Ms. Boyd is financially unable to travel to Shreveport as required for trial on February 16, 2006. Thus, Ms. Boyd moves the Court for an

order directing the United States Marshal to arrange for her noncustodial transportation, and to provide appropriate subsistence expenses.

Ms. Boyd's case is set for trial on February 16, 2006, at 9:30 a.m., or as soon thereafter as her case can be called. (See attached "Letter of Betty Marak" confirming trial date).  Thus, Ms. Boyd must arrive on February 15, 2006, in order to make the February 16th court appearance.

## II.  Applicable Law

Section 4285 of Title 18, United States Code, authorizes "[a]ny judge or magistrate of the United States, when ordering a person released" under the Bail Reform Act, 18 U.S.C. § 3141 *et seq.*, "on a condition of his subsequent appearance before that court, any division of that court, or any court of the United States in another judicial district in which criminal proceedings are pending" to "direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required . . . ."  The court may also "direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination," limited by standard federal per diem rates.

Such an order may be made "when the interests of justice would be served thereby and the United States judge or magistrate is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own . . . ."  Id.

///

///

**III.     Argument**

Ms. Boyd has executed a financial affidavit which establishes that she does not have the means to travel from her home in Stockton, California to Sacramento, California.  (See attached "Financial Affidavit.").   Ms. Boyd is presently unemployed. Her sole income is provided by an older sister who assists with her day to day needs.

Accordingly, Ms. Boyd respectfully requests the Court to authorize an order of transportation.

Dated:   February 8, 2006

                 Respectfully submitted,

                 DANIEL J. BRODERICK
                 Acting Federal Defender

                 /s/ Tara I. Allen

                 _____
                 TARA I. ALLEN
                 Staff Attorney

                 Attorney for Defendant
                 KARESHA L.M. BOYD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KARESHA LANAL MINNIE BOYD,<br><br>    Defendant.<br>_____ | ) Mag. No. 05-286-DAD (E.D. Cal.)<br>)     03-50097-01 (Western LA)<br>)<br>)<br>) ORDER TO FURNISH TRANSPORTATION<br>) PURSUANT TO 18 U.S.C. § 4285<br>)<br>)<br>)<br>) |

TO: UNITED STATES MARSHALS SERVICE, SACRAMENTO, CALIFORNIA:

　　　This is to authorize and direct you to furnish the above named defendant, KARESHA L.M. BOYD, with transportation from Sacramento, California for an appearance in the U. S. District Court for the Western District of Louisiana on Thursday, February 16, 2006 at 9:30 a.m.  It will be necessary for Ms. Boyd to arrive in Shreveport, Louisiana on February 15, 2006, to timely make her appearance in court on the morning of Thursday, February 16, 2006.  In addition, the United States Marshal must furnish Ms. Boyd with money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. Karesha Boyd is financially unable to travel to Louisiana without transportation and subsistence expenses.  This order is authorized pursuant to 18 U.S.C. §4285.

DATED: February 9, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/boyd0286.ord